**Opinion issued December 4, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-25-00985-CV

————————————

### IN RE DAHWOOD ALABBASI, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Dahwood Alabbasi has filed a petition for writ of mandamus seeking to vacate the trial court's November 19, 2025 order.[1]

---

[1]    The underlying case is *In the Interest of E.A. and D.A., Children*, cause number 2024-55795, pending in the 246th District Court of Harris County, Texas, the Honorable Angela L. Graves-Harrington presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.